# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 11, 2008

135541

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE JADE ALEXIS LONG and GARY
RAYMOND GOBLE, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

                                SC: 135541
                                COA: 278874
                                Ingham CC
                                Family Division: 00-066236-NA

RENEE LONG,
        Respondent-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 29, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2008

s0108

_____
Clerk